OCT 05 2023

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

U.S. District Court Western Pennsylvania

#4    NO Fee/IFP

Joshua Cain Abel                 2:23-CV-1749

v.                               ISBH/BSC

M. Adams; K. Feathers;           1983
J. Wettat J. Wetzel              Complaint

Related case - 2:22-CV-1683

"Parties"

1. Plaintiff Joshua Cain Abel, was an inmate housed at SCI Mercer.

2. Defendants Superintendant Adams, CHCA Feathers, and Secretary of Corrections J. Wettal, were responsible for Plaintiff's care, custody, and wellbeing.

3. Defendants all times mentioned in this ~~action~~ action, acted under color of state law.

"Facts"

4. Plaintiff was housed in SCI Mercer ~~September 20, 2023~~ during the Covid-19 pandemic

5. Defendants exposed Plaintiff to covid 19

6. Defendants had knowlegde that pre-caustions were not being followed, per CDC.

7. Defendants had reviewed CCTV

of staff and Defendants not enforcing or compling with CDC precautions.

8. Defendants mix inmates and allowed infected inmate in contact with Plaintiff

9. Due to Defendants Plaintiff was infected with Covid 19, place at risk of death, and suffered daily pain.

"Legal Claims"

10. Defendants action violated Plaintiff's 8th Amendment right of the U.S. Constitution

"Relief"

11. $1,000,000.00 in compensational damages $10,000.00 in punitives damages, each defendant

12. Recovery of suit, attorney fees, jury trial.

I declare all to be true and correct under penalty of perjury

14/ Joshua C Abel                                Date 10/4/23

name
Joshua Cain Abel
79 Sheldon Avenue
Fairchance, PA 15436